AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

SUSAN, W.,

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 07, 2020

SEAN F. McAVOY, CLERK

_____ )
              *Plaintiff* )
           v. )
   ANDREW M. SAUL, )
COMMISSIONER OF SOCIAL SECURITY, )
_____
           *Defendant*

Civil Action No.   1:19-cv-03165-MKD-1

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:  Plaintiff's Motion for Summary Judgment, ECF No. 14, is GRANTED.  The matter is REVERSED and REMANDED  to
the Commissioner of Social Security for further proceedings consistent with this recommendation pursuant to
sentence four of 42 U.S.C. § 405(g).
Defendant's Motion for Summary Judgment, ECF No. 15, is DENIED.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Mary K. Dimke _____ on cross-motions for summary
    judgment.

Date:  May 7, 2020 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Angela Noel
_____
*(By) Deputy Clerk*

Angela Noel